IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES ARTHUR ALSTON, SR., )
)
    Plaintiff, )
)
v. ) CASE NO. CV422-213
)
MS. S. GREGORY, Health Service )
Administrator, Coastal State )
Prison, official capacity, and )
DR. OLATUNJI AWE, Medical )
Director, Coastal State Prison, )
official capacity, )
)
    Defendants. )
)

O R D E R

Before the Court is the Magistrate Judge's December 28, 2022, Report and Recommendation (Doc. 16), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation (Doc. 16) is **ADOPTED** as the Court's opinion in this case. Plaintiff's Amended Complaint is **DISMISSED**. (Doc. 14.) The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 6th day of February 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).